Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT

for the

Northern District of Indiana

_____ Division



-FILED-

JUL 12 2023

At _____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Leon E. Andrews Jr

Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

Natalie Bokota, Kathleen A. Sullivan, Mark Watson,
Patricia Hutton, Alex Fields, Joshua Brooks, Ian Fultz,
G.E. Fields, T. Bronowski, G. Groarkin

Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2:23 CV 239

(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☐ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name _Leon E. Andrews Jr._
Address _1040 Clinton St._
_Gary_                    _IN_        _46406_
          City          State        Zip Code
County _Lake_
Telephone Number _(219) 949-0104_
E-Mail Address _leonandrewsjr@gmail.com_

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name _Natalie Bokota_
Job or Title (if known) _Judge_
Address _2293 N. Main St._
_Crown Point_             _IN_        _46307_
          City          State        Zip Code
County _Lake_
Telephone Number
E-Mail Address (if known)

☑ Individual capacity  ☑ Official capacity

Defendant No. 2
Name _Kathleen A. Sullivan_
Job or Title (if known) _Magistrate_
Address _2293 N. Main St._
_Crown Point_             _IN_        _46307_
          City          State        Zip Code
County _Lake_
Telephone Number
E-Mail Address (if known)

☑ Individual capacity  ☑ Official capacity

Defendant No. 3
    Name                      Mark Watson
    Job or Title *(if known)*   Magistrate
    Address                   2293 N. Main St.
                              Crown Point    IN    46307
                                  City        State       Zip Code
    County                    Lake
    Telephone Number
    E-Mail Address *(if known)*

                        ☑ Individual capacity     ☑ Official capacity

Defendant No. 4
    Name                      Patricia Hutton
    Job or Title *(if known)*   Administrable Assistant
    Address                   2293 N. Main St.
                              Crown Point    IN    46307
                                  City        State       Zip Code
    County                    Lake
    Telephone Number
    E-Mail Address *(if known)*

                        ☑ Individual capacity     ☑ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

    Deliberate Fabrication of Evidence, Civil Commitment
    Unlawful Arrests, Due Process Of Law, Excessive Force,
    Interference with Parent/Child Relationship, Failure to Protect

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Defendant No. 5

Name    Alex Fields

Job or Title *(if known)*    Booking Officer

Address    2293 N. Main St.
Crown Point                IN        46307
           *City*          *State*      *Zip Code*

County    Lake

Telephone Number

E-Mail Address *(if known)*

☑ Individual capacity    ☑ Official capacity

Defendant No. 6

Name    Joshua Brooks

Job or Title *(if known)*    Correctional Officer

Address    2293 N. Main St.
Crown Point                IN        46307
           *City*          *State*      *Zip Code*

County    Lake

Telephone Number

E-Mail Address *(if known)*

☑ Individual capacity    ☑ Official capacity

**Defendant No. 7**

    Name

    Job or Title *(if known)*

    Address

Ian Fultz

Police Officer

7820 Broadway

Merrillville *City*

**IN** *State*   46410 *Zip Code*

Lake

    County

    Telephone Number

    E-Mail Address *(if known)*

☑ Individual capacity   ☑ Official capacity

**Defendant No. 8**

    Name

    Job or Title *(if known)*

    Address

G.E. Fields

Police Officer

7820 Broadway

Merrillville *City*

**IN** *State*   46410 *Zip Code*

Lake

    County

    Telephone Number

    E-Mail Address *(if known)*

☑ Individual capacity   ☑ Official capacity

Defendant No. 9

Name

Job or Title *(if known)*

Address

T. Bronowski

Police Officer

7820 Broadway

Merrillville

*City*

IN

*State*

46410

*Zip Code*

Lake

County

Telephone Number

E-Mail Address *(if known)*

✓ Individual capacity    ☐ Official capacity

Defendant No. 10

Name

Job or Title *(if known)*

Address

G. Groarkin

Police Officer

7820 Broadway

Merrillville

*City*

IN

*State*

46410

*Zip Code*

Lake

County

Telephone Number

E-Mail Address *(if known)*

✓ Individual capacity    ☐ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D.      Section 1983 allows defendants to be found liable only when they have acted "under color of any
statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia."
42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color
of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of
federal law. Attach additional pages if needed.

*18 U.S. Code 241, 242, 245, 912, 1581, 1513, 1201, 1038*

## III.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the
alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include
further details such as the names of other persons involved in the events giving rise to your claims. Do not cite
any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain
statement of each claim in a separate paragraph. Attach additional pages if needed.

A.      Where did the events giving rise to your claim(s) occur?

*10 E 81st Ave, Merrillville, IN 46410 ; 2293 N. Main St. Crown Point IN 463*

B.      What date and approximate time did the events giving rise to your claim(s) occur?

*8-24-2022 (9:55 A.M.), 10-5-2022 (9:00 A.M.), 2-9-2023 (3:00 P.M.)*

C.      What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what?*
*Was anyone else involved? Who else saw what happened?)*

# III. Statement of Claim

C. 8-24-2022 at 9:55 a.m. Ian Fultz, G.E. Fields, T. Bronowski, G. Groarkin, Unlawfully Arrested without giving due process of the law. I was not asked any questions at all, and my nine-year-old daughter was unlawfully taken from my custody.

10-5-2023 at 9:00 a.m. I was unlawfully detained in the courtroom and transported to the jail. In the booking area I was threatened by Alex Fields who said that "you won't get out of here I promise". I did not get out as promised when my seven-day sentence was completed because of whatever was submitted into the computer system by Alex Fields.

2-9-2023 at 3:00 p.m. I was unlawfully detained and set to be released from another seven-day sentence which I was released from the court at 9:00 a.m. but still in custody when Joshua Brooks and six to seven other Correctional Officers assaulted me for asking to speak with a supervisor because they were using the fact that I did not fingerprint  when I was brought in to the jail as a way to retaliate against me for the lawsuit I put Alex Fields on notice about in October 2022.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV.  Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Lumps, bumps, Abrasions, and cuts on my head and wrists. Neck pain, back pain, and an injury to my right wrist affecting my nerves.

## V.  Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Emotional distress for my daughter, myself, and family. 10 millia
Pain & Suffering for my daughter, myself, and family. 10 million
Defamation of Character for myself and family. 10 million

30 million dollars

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    7-12-2023

Signature of Plaintiff    _Leon G. Andrews Jr._

Printed Name of Plaintiff    Leon E. Andrews Jr.

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

_____
City        State        Zip Code

Telephone Number    _____

E-mail Address    _____