AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

LEON E ANDREWS JR.
        Plaintiff

   v.

Civil Action No. 2:23-cv-239

NATALIE BOKOTA, *Judge, Individual capacity, Official capacity*
*TERMINATED: 07/21/2023*

KATHLEEN A. SULLIVAN, *Magistrate, Individual capacity, Official capacity*
*TERMINATED: 07/21/2023*

MARK WATSON, *Magistrate, Individual capacity, Official capacity*
*TERMINATED: 07/21/2023*

PATRICIA HUTTON, *Administrative Assistant, Individual capacity, Official capacity*
*TERMINATED: 07/21/2023*

ALEX FIELDS, *Booking Officer, Individual capacity, Official capacity*
*TERMINATED: 07/21/2023*

JOSHUA BROOKS, *Correctional Officer, Individual capacity, Official capacity*

IAN FULTZ, *Police Officer, Individual capacity, Official capacity*
*TERMINATED: 07/21/2023*

G.E. FIELDS, *Police Officer, Individual capacity, Official capacity*
*TERMINATED: 07/21/2023*

T. BRONOWSKI, *Police Officer, Individual capacity*
*TERMINATED: 07/21/2023*

G. GROARKIN, *Police Officer, Individual capacity*
*TERMINATED: 07/21/2023*

ARTURO M. BAKAZAN
*TERMINATED: 09/01/2023*

YOLANDA BROWN
*TERMINATED: 09/01/2023*
        Defendants

**JUDGMENT IN A CIVIL ACTION**

AO 450 (Rev. 01/09)  Judgment in a Civil Action

The court has ordered that (*check one*):

___ the plaintiff_____
recover from the defendant _____ the amount of_____
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-
Judgment interest at the rate of _____ % along with costs.

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____
recover costs from the plaintiff _____.

_X_ Other:  This case is DISMISSED WITHOUT PREJUDICE pursuant to Fed.R.Civ.P. 4(m) and 41(b).

This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was reached.

_X_ decided by Judge Philip P. Simon.

DATE: 3/21/2024                      CHANDA J. BERTA, CLERK OF COURT


                                     by   s/ S. Jarrell_____
                                     *Signature of Clerk or Deputy Clerk*